

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **M & L Enterprise Group Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113624 | $150,000.00 | 4/13/2023 | 040523-BBB | 4/5/2023 | $150,000.00 |
| **1 Preference Period transfer(s), $150,000.00** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113766 | $225,000.00 | 4/28/2023 | 032923-BBB | 3/29/2023 | $225,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113775 | $114,547.00 | 4/28/2023 | 4-20-23-SECAUCUS | 4/20/2023 | $49,949.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113775 | $114,547.00 | 4/28/2023 | 4-20-23-PORTREADING | 4/20/2023 | $64,597.30 |
| **2 Post Petition transfer(s), $339,547.00** | | | | | | | |

**Totals: 3 transfer(s), $489,547.00**